**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re:<br><br>Monique Latrease Toney,<br><br>Debtor. | Case No. 20-30655<br>Chapter 7 |

---

**MOTION FOR APPROVAL OF SETTLEMENT**

---

TO: The debtor and other entities specified in the applicable Federal Rules of Bankruptcy Procedure.

1. Nauni Manty, the chapter 7 trustee for the debtor's estate, moves the court for the relief requested below.

2. Any response to this motion must be filed and served not later than May 28, 2026. If a response is timely filed, a hearing will be scheduled by the trustee with notice of the hearing by the trustee to the responding party and the United States Trustee. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT A HEARING.**

3. This court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. The petition commencing the debtor's chapter 13 case was filed on March 6, 2020. The debtor converted to a chapter 7 case on March 13, 2026. The case is now pending before this court.

4. This motion arises under Fed. R. Bankr. P. 9019 and Local Rule 9019-1. This motion is filed under Fed. R. Bankr P. 9013 and 9014. The trustee request approval of the settlement as set forth below.

5. The following is a summary of the dispute and the terms of the proposed settlement:

In her bankruptcy schedules filed on March 6, 2020, the debtor scheduled her residence as located at 1253 Beech Street, St. Paul, Minnesota 55106 (the "Residence") with a fair market value of $207,500.00. The debtor scheduled a mortgage against the residence by U.S. Bank Home Mortgage $196,350.00. The debtor exempted the equity in the residence in the amount of $11,150.00 under 11 U.S.C. § 522(d)(1). Doc. 1.

On February 16, 2026, the debtor filed a motion to convert the case from chapter 13 to chapter 7. Doc. 87. The court granted the motion on March 13, 2026. Doc. 88.

The debtor and the trustee agree that the fair market value of the debtor's Residence increased from the date of the chapter 13 filing to the conversion date. The net increase is property of the estate.

The trustee seeks to settle the issue for $5,490, payable by the debtor in fifteen monthly payments of $366 beginning June 15, 2026. The debtor may prepay the indebtedness at any time. Upon payment in full, the trustee will release the debtor from any and all claims of the estate.

6. The trustee believes the settlement is in the best interest of creditors. The costs of litigation could offset any recovery to the estate

**WHEREFORE**, the trustee moves the court for an order approving the settlement and for such other and further relief as is just and equitable.

Dated: May 7, 2026

*s/Nauni Manty*

Nauni Manty (#230352)
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
Phone: (612) 465-0990
Email: nauni@mantylaw.com

*Chapter 7 Trustee*